UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BETTY LEE TUCKER,

    Plaintiff,

v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

    Defendant.

EDCV 12-1232 AN

JUDGMENT

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order directing the immediate payment of benefits or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is hereby entered in the Commissioner's favor.

DATED: June 14, 2013

                              ARTHUR NAKAZATO
                              UNITED STATES MAGISTRATE JUDGE